UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

Civil No. 2:20-cv-461-JDL

| | |
|---|---|
| MR. AND MS. DOE individually and as parents of JOHN DOE, a minor, | ) ) ) |
| Plaintiffs | ) ) |
| v. | ) ) |
| PORTLAND PUBLIC SCHOOLS, | ) ) |
| Defendant | ) |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate that the above-entitled matter is dismissed with prejudice and without costs.

Dated: October 18, 2022    /s/ Richard L. O'Meara
Richard L. O'Meara
Counsel for Plaintiffs
MURRAY, PLUMB & MURRAY
75 Pearl Street, P.O. Box 9785
Portland, ME  04104-5085
(207) 773-5651
*Email: romeara@mpmlaw.com*

Dated: October 18, 2022    /s/ Eric R. Herlan
Eric R. Herlan
Counsel for Defendant
DRUMMOND WOODSUM
84 Marginal Way, Suite 600
Portland, Maine 04101-2480
(207) 772-1941
*Email: erherlan@dwmlaw.com*